AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOHN HENRY PAGE,

       Plaintiff,               JUDGMENT IN A CIVIL CASE
  V.

                                  CASE NUMBER:  **3:09-CV-00030-LRH-RAM**

INTERNAL REVENUE SERVICE, and
TYRONE BLANCHETTE,

       Defendants.

       **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that Defendants' motion to dismiss (#9) is **GRANTED**. Plaintiff's complaint is dismissed.

  February 22, 2010                             **LANCE S. WILSON**
                                                                    Clerk

                                                      /s/ D. R. Morgan
                                                            Deputy Clerk